March 16, 2015

Lawrence M. Meadows, Pro Se
P.O. Box 4344
Park City, UT 84060
Phone: 516-982-7718
Facsimile: 435-604-7850
lawrencemeadows@yahoo.com

**Via FedEx to Pro Se Intake and Fax to Chambers**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chamber 1350
NY, NY 10007
Fax: (212) 805-6304

Re: *Lawrence M. Meadows v. AMR Corporation, et al.*
    Case No. 1:14-cv-08708-PAC

Dear Judge Crotty,

I am the Pro Se Appellant in the above referenced matter. I write to respectfully request an additional extension of the Appellant's and Appellees' respective deadlines to file briefs pursuant to Rule 1.E of Your Honor's Individual Rules of Practice. The parties are currently still engaged in ongoing mediated settlement discussions. Therefore, the Appellant has conferred with the other party's counsel, who has mutually consented to filing this request for extension.

On November 12, 2014, December 11, 2014, January 7, 2015, and February 23, 2015 this court has entered an Order Granting Letter Motion for Request of Time (ECF Nos. 5,6, 8, and 10) (Collectively the **"Extension Orders"**). Pursuant to the Extension Orders the deadline for the Appellant to file his brief was extended to March 18, 2015. In order to give the parties sufficient time to conclude ongoing mediated settlement discussions, and maintain the status quo, the

RECEIVED 2015 MAR 17 P 4:48 SDNY PRO SE OFFICE

parties request a further twenty-one (21) day extension; such that Appellant's brief shall be filed no later than April 8, 2015, and the Appellees' brief shall be filed no later than June 3, 13, 2015. Additionally, the Appellant requests these proceedings be stayed pending the Court's decision upon this request. Other than the above Extension Orders, no previous extensions of the above-referenced deadlines have been requested. Other than as described above, the extension will not affect another scheduled dates in the case.

Respectfully Requested,

*/s/ L. M. Meadows*

Lawrence M. Meadows
Pro Se - Appellant


cc: Stephen A Youngman (via email and 1st Class Mail).

## CERTIFICATE OF SERVICE

I, Ann M. Marino, certify under the penalty of perjury that I am over the age of eighteen and am not a party to the above-captioned proceeding. On March 16, 2015, I caused a true and correct copy of the foregoing letter to be served by First Class Mail and email, upon the party that is listed below.

>Stephen A. Youngman, Esq.
>Weil, Gotshal & Manges, LLP
>200 Crescent Court, Suite 300
>Dallas, TX 75201-6950
>Stephen.Youngman@weil.com

_____
Ann M. Marino

**HP Officejet Pro 8600 N911g Series**

**Fax Log for**
Woodside Properties, LLC
435-604-7850
Aug 23 2000 10:54PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Aug 23 | 10:53PM | Fax Sent | 12128056304 | 1:11 N/A | 3 | OK |

